Daniel C. Green (ISB#: 3213)
Brett R. Cahoon (ISB#: 8607)
RACINE, OLSON, NYE,
BUDGE & BAILEY, CHARTERED
P.O. Box 1391
Pocatello, Idaho 83204
Phone: (208)232-6101
Fax: (208) 232-6109
*Attorneys for R. Sam Hopkins, Trustee*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In re:<br><br>BRETT JOSEPH SULLIVAN,<br><br>Debtor, | Case No. 11-41281-JDP<br>(Chapter 7) |
|---|---|

### TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE

R. Sam Hopkins, Trustee of the Chapter 7 bankruptcy estate (the "Trustee") of Melody Dawn Thurber (the "Debtor") hereby moves the Court for an order approving the sale a ten percent (10%) interest in All Season's Landscaping, Inc. (the "Property"). The Trustee makes this Motion pursuant to 11 U.S.C. § 363(b)(1), Federal Rules of Bankruptcy Procedure 2002(a)(2), (c)(1), (k), 6004(a), (b), (c), (e), (f) and 9014 and Local Bankruptcy Rule 2002.1. In support of this Motion, the Trustee respectfully states as follows:

**JURISDICTION**

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

**CASE INFORMATION**

2. On August 4, 2011, the Debtor filed for relief under Chapter 7 in the Bankruptcy

Court for the District of Idaho.

3. By stipulation, the Trustee avoided a transfer by the Debtor of the Property to Anita Parrott and recovered such interest and stock certificate representing such interest for the benefit of the estate.

4. The Trustee and Mark Martens have entered into a Purchase and Sale Agreement regarding the estate's sale of the 10% interest in All Seasons Landscaping, Inc. to Martens. A true and correct copy of the Purchase and Sale Agreement is attached hereto and incorporated herein by reference.

5. By this Motion the Trustee seeks authority to sell the Property to Martens (hereafter the "Purchaser") for the cash sum of fifty-five thousand dollars ($55,000.00) "AS-IS" with no warranties as to the value or future profits or distributions to be received therefrom.

## TERMS OF PROPOSED SALE

6. <u>Identification of Purchaser</u>. The proposed sale has been negotiated at arms length and in good faith by the Trustee and the Purchaser. The Trustee reasonably believes and therefore alleges that Purchaser is a good faith purchaser within the meaning of 11 U.S.C. § 363(n). The Trustee intends to seek an order approving the sale which will contain findings and impose protections appropriate under 11 U.S.C. §§ 363(m) and (n).

7. <u>Assets to be sold</u>. The assets to be sold include the Property, which is a 10% interest in All Season's Landscaping, Inc.

8. <u>No Warranty</u>. The sale of the assets is "AS-IS," without warranty or representation.

9. <u>Treatment of Liens</u>. The Property shall be sold free and clear of liens or encumbrances.

**TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE** – Page 2

10.   <u>Value of Property to be Sold</u>.  The Trustee believes that the fair market value of the Property is in the range of $55,000.00. The Trustee has received and reviewed financial statements and tax returns for All Season's and has taken into consideration marketability and minority discounts in valuing the Property.

## SALE SUBJECT TO HIGHER AND BETTER BIDS

11.   <u>Public Auction</u>.  In the event a proper and timely objection is filed to the sale of the Property, the Trustee will ask the Court to implement the terms and provisions of 11 U.S.C. § 363 and Rule 6004 of the Rules of Bankruptcy Procedure which allow the Court to either: (a) sell the property at public auction to third parties on the same terms and provisions as provided herein for cash or cashier's check in a greater amount to be received from said third party; or (b) establish its own terms and conditions and hold a public auction of said estate property.  In the event the Court determines to conduct a public auction, bid amounts should be in increments of $5,000.

Wherefore, the Trustee respectfully requests that the Court enter an order authorizing the sale of the estate's interest in the Property "AS-IS" without warranty or representation.

DATED this 15th day of January, 2015.

                                RACINE, OLSON, NYE, BUDGE &
                                  BAILEY, CHARTERED


                                By:__/s/ Brett R. Cahoon_____
                                    BRETT R. CAHOON

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of January, 2015, I served a copy of the foregoing on CM/ECF Registered Participants as reflected below:

R Sam Hopkins
awilliams@questoffice.net
shopkins@ecf.eqipsystems.com

Kelly A. Anthon
kaa@idlawfirm.com
bcl@idlawfirm.com

James K. Miersma
ecfid@rcflegal.com

Brent T. Robinson
btr@idlawfirm.com
cb@idlawfirm.com

U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

David Wayne Newman
ustp.region18.bs.ecf@usdoj.gov

Michael Pogue
mdp@lawsonlaski.com

Jeffrey M. Wilson
jeff@wilsonmccoll.com
cindy@wilsonmccoll.com

Additionally, a copy of the foregoing was served on the parties listed on the attached mailing matrix and also on the following parties by first class mail, postage prepaid, addressed to:

Dyck-O'Neal Inc.
P.O. Box 13370
Arlington, TX 76094

Brett Joseph Sullivan
1140 Silverstart Drive
Hailey, ID 83333

Anita Parrott
3393 A North 3300 East
Kimberly, ID 83341

Kenneth E. Lyon
P.O. Box 4866
602 S. 5th
Pocatello, ID 83205

U.S. Auction, LLC
P.O. Box 55
Heyburn, ID 83336

Recovery Management Systems
Corporation for Capital Recovery
25 SE 2nd Ave., Ste. 1120
Miami, FL 33131

  /s/ Brett R. Cahoon_____
BRETT R. CAHOON

TRUSTEE'S MOTION TO SELL PROPERTY OF THE ESTATE – Page 4